In the Matter of the Petition of GEORGE W. OLVANY and RICHARD A. CORROON to Render and Settle Their Accounts as Executors of the Estate of ANTONIN CHAPAL, Late of Central Park, Long Island, New York. BELLE FERGUSON, Also Known as BELLE O'BRIEN, Appellant; GEORGE W. OLVANY and RICHARD A. CORROON, as Executors and Trustees, etc., of ANTONIN CHAPAL, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of PHILIP FRAGER, an Attorney and Counselor at Law.— Respondent disbarred and his name ordered struck from the roll of attorneys. Respondent, in the County Court of Kings county, pleaded guilty to the crime of grand larceny, second degree. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of Proving the Last Will and Testament of WILLIAM MACGREADY, Also Known as WILLIAM L. MACGREADY, Deceased, as a Will of Real and Personal Property. MARY E. MACGREADY and GRACE KELLY, General Guardians of MURIEL MACGREADY and DONALD MACGREADY, Appellants; LOUISE MAC-GREADY, as Executrix, etc., of WILLIAM MACGREADY, Deceased, Respondent. (Appeals Nos. 1 and 2.) — Motion for reargument denied. Motion for stay denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

DAVID BERGMAN and SAMUEL FELDMAN, Copartners, Doing Business under the Firm Name and Style of WALLKILL VALLEY PANTS Co., Appellants, v. SCOTTISH UNION AND NATIONAL FIRE INSURANCE COMPANY, Respondent.*— Judgment, amended judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ELLA A. BUTLER, as Cotrustee of EDWIN BUTLER, Deceased, and Others, Appellants, v. ALVAH W. BURLINGAME, JR., as Substituted Trustee, etc., of EDWIN BUTLER, Deceased, Respondent, and EMILY A. BURLINGAME and Others, Defendants. (Appeals Nos. 1 and 2.)— On appeal No. 1, order precluding plaintiffs from giving evidence reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. On appeal No. 2, order modified so as to grant plaintiffs' motion to vacate the order of preclusion, and so as to open plaintiffs' default and grant them leave to serve a bill of particulars. As so modified the order is affirmed, with ten dollars costs and disbursements to appellants; the bill of particulars to be served within five days from the entry of the order herein. In our opinion, the course pursued by the respondent in insisting upon the trial of the action before the bill of particulars was due, and in trying the case and permitting the reception of plaintiffs' evidence therein without objection based upon their failure to serve the bill, waived his right to take the plaintiffs' default thereon and obtain an order of preclusion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.